PACIFIC SOUTHWEST TRUST AND SAVINGS BANK, as Executor, etc., of AARON LEVITT, Deceased, and Another, Respondents, v. BENJAMIN WIENER and Another, Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

ETHEL B. SIMONSON, Respondent, v. IRWIN E. SIRIS, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

In the Matter of Acquiring Title by THE CITY OF NEW YORK, Appellant, to Certain Lands and Premises Situated in the Block Bounded on the West by Gerard Avenue; on the North by East One Hundred and Sixty-eighth Street; on the East by Walton Avenue; and on the South by East One Hundred and Sixty-seventh Street, in the Borough of The Bronx, City of New York, Duly Selected as a Site for a Hospital, According to Law. ISDELL CO., INC., and Others, Respondents.— Decree affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GIUSEPPE CARRACIO, Appellant.— Judgment reversed and the information dismissed, upon the ground that the defendant had been guilty of no act, either of omission or commission, whereby the dog in question was unmuzzled in violation of the statute.* Settle order on notice. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

In the Matter of Proving the Last Will and Testament of JOANNA MAY, Deceased. — Decree affirmed, with costs. No opinion. Present — Clarke, P. J., Smith, Merrell and McAvoy, JJ.; Clarke, P. J., dissenting.

FRANK BECKMAN, Trading as BECKMAN CABINET COMPANY, Respondent, v. MAX WIEDERSCHALL, Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.; Dowling, J., dissenting.

HERMAN SCHOPFLOCHER, Appellant, v. HARRIS ZIMMERMAN, Doing Business as H. ZIMMERMAN, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

CELIA SCHIFFER, as Administratrix, and Another, as Coadministrator, etc., of HYMAN SCHIFFER, Deceased, Respondents, v. THE CENTRAL STAMPING COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

ADOLPHUS D. STRAUS and Others, Appellants, v. COMPAGNIE ALGERIENNE, S. A., Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

SUZANNE HYZA, Respondent, v. MARY S. DENISON, Appellant, Impleaded with Another, Defendant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ANTHONY DEWINSKY, Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.

---

* See Sanitary Code of City of New York, § 17; Code of Ordinances of City of New York, chap. 20, § 17.— [REP.